IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHERRY RENEE PRUNTY,** *et al.*                                                          **PLAINTIFFS**

**v.**                      **CASE NO. 3:23-CV-00136-BSM**

**COREY OBREGON,** *et al.*                                                     **DEFENDANTS**

## **ORDER**

The parties' joint motion to extend the discovery deadlines and continue the trial date [Doc. No. 10] is granted.  An amended final scheduling order will issue.

IT IS SO ORDERED this 6th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE