**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SHERRY RENEE PRUNTY,** *et al.*                                    **PLAINTIFFS**

**v.**                              **CASE NO. 3:23-CV-00136-BSM**

**COREY OBREGON,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, plaintiffs' federal law claims are dismissed

with prejudice and plaintiffs' state law claims are dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2025.


_____
UNITED STATES DISTRICT JUDGE